PROCEEDING MEMORANDUM

Wednesday                                                    Anchorage, Alaska
March 4, 2020

| TIME | CASE NUMBER, NAME, and CHAPTER TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 10:30 a.m. | Case No. A19-00008-GS, **In re DAVID EUGENE GEORGE, Debtor.** Ch 7.<br><br>**TELEPHONIC** Status Hearing Re: Motion for Relief From Stay (DE# 32). Robert Crowther for the Debtor; Josephine Piranio at **(858)750-7619** for Nationstar Mortgage LLC, d/b/a Mr. Cooper; William Artus for Kenneth Battley, Trustee. |

**Adjourned to:**                    2020 at           .m. for:

**APPEARANCES:**

  **Robert Crowther for the Debtor**
  **Josephine Piranio for Nationstar Mortgage LLC. (telephonic)**
  **William Artus for Kenneth Battley, standing trustee**

**SWORN AND EXAMINED:**


Time on record  11:12:55     -    Time off Record   11:16:41

**NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:**

  **X**    A lodged order will be submitted by Ms. Piranio


**Court grants Nationstar Mortgage LLC's Motion for Relief From Stay. Ms. Piranio to submit proposed order to the court.**


                                                    /s/ Gary Spraker
                                                   BANKRUPTCY JUDGE